IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRIAN STRASBURG, on behalf of T.K.S., | No. 3:12-cv-01870-JE |
| Plaintiff, | ORDER |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Merrill Schneider
Schneider Kerr Law Offices
P.O. Box 14490
Portland, OR 97293

    Attorney for Plaintiff

S. Amanda Marshall, U.S. Attorney
Adrian L. Brown, Asst. U.S. Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204

Lars J. Nelson
Social Security Administration

1 - ORDER

Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, WA 98104

      Attorneys for Defendant

HERNANDEZ, District Judge:

      Magistrate Judge Jelderks issued a Findings and Recommendation (#16) on October 9, 2013, in which he recommends that the final decision of the Social Security Commissioner (the "Commissioner") be affirmed.  Plaintiff timely filed objections to the Findings and Recommendation.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

      When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1); <u>Dawson v. Marshall</u>, 561 F.3d 930, 932 (9th Cir. 2009); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

      I have carefully considered Plaintiff's objections and conclude that the objections do not provide a basis to modify the recommendation.  I have also reviewed the pertinent portions of the record *de novo* and find no error in the Magistrate Judge's Findings and Recommendation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2 - ORDER

CONCLUSION

The Court adopts the Magistrate Judge's Findings and Recommendation (#16). Accordingly, the Commissioner's final decision is affirmed.

IT IS SO ORDERED.

DATED this  6  day of  Dec. , 2013.

*/s/ Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

3 - ORDER